UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES of the LOCAL UNION 373 )
UNITED ASSOCIATION OF JOURNEYMEN AND )
APPRENTICES OF THE PLUMBING AND PIPEFITTING )   **08 CIV. 1220**
INDUSTRY LOCAL 373 BENEFIT FUNDS, )   Index No.:
                                          )
                          Plaintiffs, )   **RULE 7.1**
        - against - )
                                          )
BPN MECHANICAL CONTRACTORS, INC., )
                                          )
                          Defendant. )

**JUDGE KARAS**

---

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

DATE:                                    _____
                                         Karin Arrospide, Esq.

