# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ . 1220          Purchased/Filed: February 6, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

*Board of Trustees of the Local Union 373 United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry Local 373 Benefit Funds*    Plaintiff

against

*BPN Mechanical Contractors, Inc.*    Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on February 12, 2008, at 2:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

BPN Mechanical Contractors, Inc., the Defendant in this action, by delivering to and leaving with Chad Matice, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 28    Approx. Wt: 200    Approx. Ht: 6'0"  
Color of skin: White    Hair color: Brown    Sex: M    Other:

Sworn to before me on this  
14th day of February, 2008

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4695570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0801445

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179