UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES of the UNITED ASSOCIATION )
OF JOURNEYMEN and APPRENTICES )    08 CIV. 1220 (KMK)
Of the PLUMBING AND PIPEFITTING INDUSTRY )
LOCAL 373 BENEFIT FUNDS, ) **REQUEST FOR ENTRY OF**
                                Plaintiffs, ) **DEFAULT JUDGMENT**
)
-against- )
)
BPN MECHANICAL CONTRACTORS, INC., )
)
                                Defendant. )
)

---

TO:    Clerk of the United States District Court for the
        Southern District of New York

        Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, BPN MECHANICAL CONTRACTORS, INC., having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Board of Trustees of the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry Local 373 Fringe Benefit Funds (hereinafter referred to as the "Funds"), and against the Defendant, BPN MECHANICAL CONTRACTORS, INC., in the sum of $108,903.55 which includes unpaid principal, liquidated damages, interest, court costs and attorney's fees.

Dated: Elmsford, New York
          April 2, 2008

                                                            _____
                                                            Karin Arrospide, Esq. (KA9319)
                                                             BARNES, IACCARINO, VIRGINIA,
                                                             AMBINDER & SHEPHERD, PLLC
                                                             258 Saw Mill River Road
                                                             Elmsford, New York 10523
                                                            (914) 592-1515