UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES of the UNITED ASSOCIATION )
OF JOURNEYMEN and APPRENTICES )
Of the PLUMBING AND PIPEFITTING INDUSTRY )
LOCAL 373 BENEFIT FUNDS, )
                             Plaintiffs, )
)
)
-against- )
)
BPN MECHANICAL CONTRACTORS, INC., )
)
                             Defendant. )
)

08 CIV. 1220 (KMK)

**ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

---

KARAS, D.J.:

       Upon the annexed supporting affidavit of Karin Arrospide, Esq. and upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is hereby

       ORDERED, that the defendant show cause at a conference to be held on the 30th day of April, 2008 at 10:00 o'clock a.m. before the Honorable Kenneth M. Karas in White Plains Courtroom 521 of that day or as soon thereafter as counsel can be heard why a Judgment by Default should not be entered in favor of Plaintiffs for the relief requested in the Complaint, and it is further

       ORDERED, that objections to the relief requested herein or answering papers, if any, shall be served upon Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, Attn: Karin Arrospide, 258 Saw Mill River Road, Elmsford, NY 10523 by the 23rd day of April, 2008; and it is further

ORDERED, that service of a copy of this Order and supporting papers be made upon Defendant, BPN Mechanical Contractors, Inc., 27 Day Road, Campbell Hall, New York 10916 by First Class Mail on or before the 16th day of April, 2008, and such service shall be deemed good and sufficient service.

Dated: White Plains, New York
April 14, 2008

SO ORDERED

_____
KENNETH M. KARAS, U.S.D.J.