UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES of the UNITED ASSOCIATION )
OF JOURNEYMEN and APPRENTICES )
Of the PLUMBING AND PIPEFITTING INDUSTRY )
LOCAL 373 BENEFIT FUNDS, )
                        Plaintiffs, )
)
-against- )
)
BPN MECHANICAL CONTRACTORS, INC., )
)
                        Defendant. )
)

08 CIV. 1220 (KMK)

**DEFAULT JUDGMENT**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

---

This action having been commenced on February 6, 2008 with the filing of the summons and complaint and the summons and complaint were served upon the Employer on February 12, 2008 via New York's Secretary of State and proof of such service thereof was filed on February 21, 2008 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is, ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant in the liquidated amount of One Hundred Eight Thousand Nine Hundred Three Dollars and Fifty Five Cents ($108,903.55) which includes the following: Benefit Fund Contributions due and owing in the sum of $84,725.52 for the period 2005, 3/06-5/06; $11,194.04 in interest calculated at ten percent (8%) per annum for each delinquent month through March, 2008; $2,006.44 in back interest owed for the period 1/06-2/06; $8,472.55 in liquidated damages calculated at 10% of the unpaid principal due; reasonable attorneys' fees in the amount of $2,075.00, court costs and disbursements in the amount of $430.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       April 30        , 2008

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.